UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:     CHAPTER 7 CASE

Thomas Dahlin     CASE NO. 10-44899
Beverly Dahlin

ORDER

           Debtors.

_____

This case came before the court on the motion of U.S. Bank National Association, seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. That movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated June 27, 2007, executed by Thomas D. Dahlin And Beverly K. Dahlin, Husband and Wife, recorded on August 2, 2007, as Document No. 492372.010 , covering real estate located in Anoka County, Minnesota, legally described as:

       Lot 1, Block 2, Pheasant Meadows.

And commonly known as 1994-134th Lane NE, Andover, Minnesota 55304-7061

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: September 16, 2010

/e/ Nancy C. Dreher
_____
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/16/2010*
Lori Vosejpka, Clerk, by KK